**Norris G. DILLAHUNT, Plaintiff— Appellant,**

v.

**Johnnie CLARK; City of New Bern, Defendants—Appellees.**

No. 08–1442.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 25, 2008.

**558**

Norris G. Dillahunt, Appellant Pro Se. Scott Christopher Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, PA, New Bern, North Carolina, for Appellees.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norris G. Dillahunt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dillahunt v. Clark*, No. 4:07–cv–00097–H (E.D.N.C. March 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*